UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIMMY LEROY RAMSEYER,

          Petitioner,

v.

PAT GLEBE,

          Respondent.

CASE NO. C13-5616 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 4), and Petitioner Jimmy Leroy Ramseyer's ("Ramseyer") objections to the R&R (Dkt. 5).

      In 2005, Ramsayer filed a habeas corpus petition that challenged the same conviction as the one he challenges today. *See Ramseyer v. Smelser*, C05-5006 FDB. The Court denied the petition on the merits (05-5006 FDB Dkt. 49). Ramseyer's third ground for relief in his prior petition contained a claim that his conviction violated due process because the Washington Court held that stipulated facts agreed to pursuant to Cr.R. 4.5(g) were not binding on the state at trial (05-5006 FDB Dkt. 1 at 8). On April 12, 2012, Ramseyer filed another petition raising the same ground for relief (12-5317 BHS Dkt. 5). That petition was transferred to the Ninth Circuit (12-5317 BHS Dkt. 23).

      As Judge Strombom found, Ramseyer's current petition "raises the same ground for relief." Dkt. 4 at 1. The Court agrees with Judge Strombom's R&R, just as the Court

agreed with it in Ramseyer's prior case (12-5317 BHS Dkt. 23). Thus, despite Ramseyer's objection that his case was not adjudicated on the merits, as Judge Strombom found, a review of his prior petitions and orders indicates otherwise. Thus, the Court finds that Ramseyer's petition is a second or successive petition for which the petitioner must seek authorization from the Court of Appeals before filing with the district court. Dkt. 4 at 2 (*citing* 28 U.S.C. § 2244(b)(3)(A) and Ninth Circuit Rule 22-3).

Ramseyer's other arguments, that the Court should consider his objections (or perhaps his petition) as a "Refiling of First Petition For Writ of Habeas Corpus" and that equitable tolling should apply because Judge Burgess erred in adopting Judge Strombom's previous R&R, are not relief which this Court can grant. Dkt. 5 at 1 and 3-4. The record in Ramseyer's prior case before Judge Burgess reflects that the Ninth Circuit denied his certificate of appealability (05-5006 FDB Dkt. 67) in that case.

The Court having considered the R&R, Petitioner's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Ramsayer's 28 U.S.C. § 2254 petition (Dkt. 1-1) is **TRANSFERRED** to the Ninth Circuit as a second or successive petition; and

(3) Ramseyer's motion for leave to proceed *in forma pauperis* (Dkt. 1) is **DENIED.**

Dated this 6th day of September, 2013.

BENJAMIN H. SETTLE
United States District Judge